**UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: CONSTELLATION BRANDS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 1:25-cv-00254-EAW |
| This Document Relates To:<br><br>ALL ACTIONS. | **NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that, effective immediately, the mailing address Timothy Brown of The Brown Law Firm, P.C., Co-Lead Counsel for Plaintiffs, has changed. All pleadings, notices, correspondence and other documents should be addressed as follows:

Timothy Brown
The Brown Law Firm, P.C.
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Tel: 516-922-5427
Fax: 516-344-6204
Email: tbrown@thebrownlawfirm.net

The e-mail address remains unchanged.

Dated: May 28, 2026

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

*/s/ Timothy Brown*
Timothy Brown
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Tel: 516-922-5427
Fax: 516-344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Timothy Brown, hereby certify that on May 28, 2026, I caused to be served a true and correct copy of the foregoing Notice of Change of Address on all counsel of record through the Court's Electronic Filing System.

*/s/ Timothy Brown*
Timothy Brown